```
 1  SCOTT N. SCHOOLS, SCSBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD SERVATTALAB,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; ALBERTO GONZALES, in his Official Capacity, Attorney General, U.S. Department o Justice; United States Citizenship and Immigration Services; DAVID STILL, in his Official Capacity, District Director, U.S. Citizenship and Immigration Services; EMILIO GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services;<br><br>Defendants. | No. C 07-0769 MJJ<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the plaintiff's application for naturalization within 30 days of when the plaintiff has his fingerprints taken and submits an updated affidavit to USCIS.

STIPULATION TO DISMISS
C07-0769 MJJ                         1

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: May 14, 2007 | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | |
| 5 | | |
| 6 | | /s/<br>EDWARD A. OLSEN |
| 7 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: May 14, 2007          /s/
                            NADIA FARAH, ESQ.
                            Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   5/18/2007                    _____
                                     MARTIN J. JENKINS
                                     United States District Judge

STIPULATION TO DISMISS
C07-0769 MJJ                              2